# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSEPH GRANGER, CHRISTOPHER
KEITH REDDING, TRAVIS SCOTT,
AUSTIN SCOTT, JORDIN HARRELL
and JOSHUA COLON,

        **Plaintiffs,**

v.                                              Case No:   6:18-cv-2164-Orl-22GJK

COMPETITIVE EDGE GROUP, INC.
and FRED R. BOOTHBY,

        **Defendants.**

## ORDER

This cause is before the Court on the Renewed Joint Motion for Approval of Settlement and Dismissal of the Case with Prejudice (Doc. No. 77) filed on December 11, 2019.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED, and the Settlement Agreements be approved after certain deletions.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed January 6, 2020 (Doc. No. 81), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Renewed Joint Motion for Approval of Settlement and Dismissal of the Case with Prejudice is hereby GRANTED.

3.     The following language from paragraph 2.A. of the agreements: "including each of their subsidiaries, parent companies, affiliated entities, related entities, operating entities, franchises,

divisions, successors, assigns, insurers, officers, directors, shareholders, trustees, agents, contractors, employees and attorneys" (Doc. 77-1 at 2, 5, 8, 11, 14, 18) is hereby severed and stricken.

4. The Court finds the settlement, as modified, is a fair and reasonable comprise of a bona fide FLSA dispute.

5. The Court declines to reserve jurisdiction to enforce the settlement agreements or the releases.

6. This case is DISMISSED with prejudice.

7. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record